391 A.2d 682

Commonwealth v. Garvin, Appellant.

Argued March 23, 1978. Richard R. Fink, Chief Public Defender, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

391 A.2d 682

Commonwealth v. Griffiths, Appellant.

Argued March 27, 1978. Carmen C. Nasuti, for appellant; A. Joseph Rieffel, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.